**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-02841-LTB-KMT

MICHELENE McADAMS,

        Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

        Defendant.
_____

**ORDER**
_____

Pursuant to discussions held in open court with all counsel on January 31, 2013, and upon stipulation of the parties, it is

ORDERED that the negligence and negligence per se claims against the Defendant are DISMISSED.  It is

FURTHER ORDERED that the breach of contract claims against Defendant are DISMISSED.

                                      BY THE COURT:


                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   February 4, 2013