**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-02841-LTB-KMT

MICHELENE McADAMS,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 16 - filed March 28, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                          BY THE COURT:

                                            s/ Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED:   March 29, 2013